IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HELEN K. SMITH, *et al.* : CIVIL ACTION
:
    v. :
:
SEARS ROEBUCK AND CO., *et al.* : NO. 09-5701

**ORDER**

AND NOW, this 13th day of January 2010, upon consideration of Plaintiff's Motion to Remand, and the response thereto, IT is ORDERED:

That the Motion is GRANTED and this action is REMANDED to the Court of Common Pleas of Philadelphia County, Pennsylvania. IT IS further ORDERED that the request for fees and costs is DENIED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,   Sr. J.